UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BRONX CONSERVATORY OF MUSIC, INC.,

           Plaintiff,

-against-

PHILIP KWOKA and THE BRONX SCHOOL FOR MUSIC, INC.,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/26/2021

21 Civ. 1732 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On March 4, 2021, the Court ordered the parties to submit a joint letter and case management plan by April 22, 2021. ECF No. 11 ¶¶ 4–5. That submission is now overdue. By **April 28, 2021**, at **12:00 p.m.**, the parties shall file their joint letter and proposed case management plan.

    SO ORDERED.

Dated: April 26, 2021
       New York, New York

ANALISA TORRES
United States District Judge