USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/26/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRONX CONSERVATORY OF MUSIC, INC.,

    Plaintiff,

-against-

BRONX SCHOOL FOR MUSIC, INC., et al.,

    Defendants.

21-CV-1732 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

On May 25, 2021, defendants filed an answer and counterclaim under seal (Dkt. No. 26), without contemporaneously filing a letter-motion seeking approval to file that court document under seal pursuant to Moses Ind. Prac. § 3. Defendants shall promptly file a letter-motion requesting a sealing order or re-file their answer and counterclaim on the public docket. Defendants are cautioned that any sealing of a court filing must be consistent with the presumption in favor of public access to judicial documents described in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006).

Dated: New York, New York
       May 26, 2021

**SO ORDERED**.

_____
**BARBARA MOSES
United States Magistrate Judge**