USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _9/7/2021_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BRONX CONSERVATORY OF MUSIC, INC.,

                    Plaintiff,

-against-

PHILIP KWOKA and THE BRONX SCHOOL FOR MUSIC, INC.,

                    Defendants.

21 Civ. 1732 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The conference scheduled for September 14, 2021, is ADJOURNED *sine die*.

SO ORDERED.

Dated: September 7, 2021
      New York, New York

ANALISA TORRES
United States District Judge