UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRONX CONSERVATORY OF MUSIC, INC.,

    Plaintiff,

-against-

BRONX SCHOOL FOR MUSIC, INC., et al.,

    Defendants.

21-CV-1732 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during today's telephonic discovery conference, it is hereby ORDERED:

1.     <u>Fact Discovery</u>. The fact discovery deadline is EXTENDED to **January 14, 2022**, for the limited purposes set forth below. This is the third extension to the fact discovery deadline. (*See* Dkt. Nos. 37, 45.) No further extensions will be granted absent compelling circumstances.

2.     <u>Expert Discovery</u>. The expert discovery deadline is EXTENDED to **February 22, 2022**.

3.     <u>Written Discovery by Plaintiff</u>. Defendants report that they have responded to plaintiff's written discovery requests and produced documents. Plaintiff shall promptly review defendants' responses and production, and counsel shall promptly meet and confer in good faith to resolve any deficiency claims. Plaintiff shall raise any unresolved deficiency claims with the Court, in accordance with Local Civ. R. 37.2 and Judge Moses's individual practices, no later than **December 14, 2021**.

4.     <u>Written Discovery by Defendants</u>. Defendants having failed to propound any written discovery demands to date, they may not now do so. However, on or

before **December 14, 2021**, plaintiff shall produce to defendants: (i) all documents in its possession, custody, or control evidencing or concerning the wages paid to defendant Kwoka and the hours that he worked for plaintiff Bronx Conservatory; and (ii) copies of all of the allegedly infringed Curriculum Materials.

5. <u>Depositions</u>. Plaintiff may take up to two fact depositions. Defendant may take one fact deposition.

6. <u>Next Status Conference</u>. The Court will hold a telephonic status conference on **January 20, 2022, at 10:30 a.m.** At that time, the parties are directed to dial (888) 557-8511 and enter access code 7746387#. The parties are further directed to submit a joint status update letter no later than **January 18, 2022**, apprising the Court of the status of discovery and discovery disputes, if any, as well as any settlement efforts. **<u>The parties are reminded that they are obligated timely to file the joint letter.</u>**

Dated: New York, New York
November 30, 2021

**SO ORDERED**.

_____
**BARBARA MOSES
UNITED STATES MAGISTRATE JUDGE**