USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/22/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRONX CONSERVATORY OF MUSIC, INC.,

        Plaintiff,

-against-

BRONX SCHOOL FOR MUSIC, INC., et al.,

        Defendants.

21-CV-1732 (AT) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons discussed during this morning's telephonic status conference, it is hereby ORDERED as follows:

1. <u>Depositions</u>. Mr. Meyer will appear on **February 28, 2022**, for a remote deposition in his personal capacity. Mr. Kwoka will appear on **March 2, 2022**, for a remote deposition in both his personal capacity and, pursuant to Fed. R. Civ. P. 30(b)(6), on behalf of defendant Bronx School for Music, Inc. If necessary, the Kwoka deposition will be continued on **March 4, 2022**.

2. <u>Written and Document Discovery</u>. All objections other than privilege objections have been waived by defendants. No later than **February 25, 2022**, defendants shall supplement their prior interrogatory responses and document productions as follows:

    a. <u>Interrog. No. 6 & Request for Production (RFP) No. 38</u>. Defendants shall produce every version or iteration of the "marketing material" (as that term is defined for RFP No. 38) sent by defendants to prospective students, whether by email or otherwise, together with documents sufficient to identify who received each and every such version or iteration.

  b. <u>Interrog. No. 9</u>. Defendants shall identify with specificity each and every document or other source of information (*e.g.*, an in-person conversation) underlying their contention that plaintiff gave Kwoka permission to retain the subject laptop.

  c. <u>Interrog. No. 15</u>. No further response is required by defendants.

  d. <u>Interrog. No. 16</u>. Defendants shall identify the "mass/bulk email" (as described in Dkt. No. 60 at 4) by date and production number.

3. <u>Verification</u>. No later than **February 25, 2022**, defendants shall verify their interrogatory answers, including the amended or supplemental answers required by this Order, in accordance with Fed. R. Civ. P. 33(b)(5).

Dated: New York, New York
    February 22, 2022       **SO ORDERED**.

                    _____
                    **BARBARA MOSES**
                    **United States Magistrate Judge**