UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE BRONX CONSERVATORY OF MUSIC, INC.,

                    Plaintiff,

-against-

PHILIP KWOKA and THE BRONX SCHOOL FOR MUSIC, INC.,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/6/2023_

21 Civ. 1732 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    Having received no objections to the Report and Recommendation (the "R&R"), R&R, ECF No. 76, of the Honorable Barbara C. Moses, the Court reviewed the R&R for clear error and found none. *See Oquendo v. Colvin*, No. 12 Civ. 4527, 2014 WL 4160222, at *2 (S.D.N.Y. Aug. 19, 2014).

    The Court, therefore, ADOPTS the R&R in its entirety. Accordingly, Defendants' motion to amend their answer and counterclaims, ECF No. 71, is DENIED.

    The Clerk of Court is directed to terminate the motion at ECF No. 71.

    SO ORDERED.

Dated: January 6, 2023
       New York, New York

                                                    ANALISA TORRES
                                              United States District Judge