**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
THE BRONX CONSERVATORY OF MUSIC,
INC.,

                Plaintiff,                21 **CIVIL** 1732 (AT)

   -against-                        **JUDGMENT**

PHILIP KWOKA and THE BRONX SCHOOL
FOR MUSIC, INC.,

                Defendants.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 04, 2024, Defendants' motion for summary judgment is GRANTED as to counts 1 through 4 of the Conservatory's complaint. Counts 5 through 8 are DISMISSED without prejudice to renewal in state court; accordingly, the case is closed.

**Dated:**  New York, New York
           January 04, 2024

                                        **RUBY J. KRAJICK**
                                        _____
                                         **Clerk of Court**

               **BY:**   _____
                                         **Deputy Clerk**